```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 03994
    EDWARD C WALKER
    MARY P WALKER                            CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8117    SSN XXX-XX-2255

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 03/07/2007 and was confirmed 08/08/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  56.00%.

    The case was dismissed after confirmation 11/28/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
DELL FINANCIAL SERVICES    SECURED              200.00          .00           16.68
DELL FINANCIAL SERVICES    UNSECURED           1158.28          .00             .00
HSBC AUTOMOTIVE FINANCE    SECURED VEHIC      33050.00          .00         4926.21
HSBC AUTOMOTIVE FINANCE    UNSECURED            116.76          .00             .00
MIDWEST TITLE LOANS        SECURED VEHIC        693.73          .00          693.73
ROUNDUP FUNDING LLC        UNSECURED           2063.52          .00             .00
ASPIRE                     UNSECURED         NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED          .00             .00
CAPITAL ONE                UNSECURED            924.94          .00             .00
CARDHOLDER MANAGEMENT SE   UNSECURED         NOT FILED          .00             .00
CARSON PIRIE SCOTT         UNSECURED         NOT FILED          .00             .00
CHASE BANK USA NA          UNSECURED           1210.98          .00             .00
CITGO OIL                  UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED           1345.54          .00             .00
COLUMBUS BANK & TRUST      UNSECURED         NOT FILED          .00             .00
COLUMBUS BANK & TRUST      NOTICE ONLY      NOT FILED          .00             .00
CROSS COUNTRY BANK         UNSECURED         NOT FILED          .00             .00
EVERGREEN EMERGENCY SERV   UNSECURED         NOT FILED          .00             .00
EVERGREEN EMERGENCY SERV   NOTICE ONLY      NOT FILED          .00             .00
FIRST CONSUMERS NATIONAL   UNSECURED         NOT FILED          .00             .00
FIRST PREMIER BANK         UNSECURED         NOT FILED          .00             .00
HARRIS BANK OF BARRINGTO   UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED            522.45          .00             .00
ECAST SETTLEMENT CORP      UNSECURED           2457.81          .00             .00
HOUSEHOLD BANK             UNSECURED           1794.87          .00             .00
KOHLS                      UNSECURED         NOT FILED          .00             .00
LVNV FUNDING               UNSECURED         NOT FILED          .00             .00
MBNA AMERICA               UNSECURED         NOT FILED          .00             .00
MENS WEARHOUSE             UNSECURED         NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED          10950.41          .00             .00
PROVIDIAN                  NOTICE ONLY      NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED           1225.25          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 03994 EDWARD C WALKER & MARY P WALKER
```

```
SERVICE MERCHANDISE        UNSECURED       NOT FILED              .00          .00
SEVENTH AVENUE             UNSECURED         827.45                .00          .00
SEVENTH AVE                NOTICE ONLY     NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED        1807.75                .00          .00
SPIEGEL                    UNSECURED       NOT FILED              .00          .00
HOME DEPOT CREDIT SERVIC   UNSECURED       NOT FILED              .00          .00
RMI/MCSI                   UNSECURED        1250.00                .00          .00
VILLAGE OF RIVERDALE       NOTICE ONLY     NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED        4172.52                .00          .00
WFFINANCIAL                UNSECURED       NOT FILED              .00          .00
ASSET ACCEPTANCE LLC       UNSECURED         415.04                .00          .00
HOUSEHOLD BANK             UNSECURED         514.15                .00          .00
ROUNDUP FUNDING LLC        UNSECURED        2917.69                .00          .00
MIDNIGHT VELVET            UNSECURED         782.56                .00          .00
B-REAL LLC                 UNSECURED        2923.64                .00          .00
AFNI/VERIZON WIRELESS      UNSECURED         321.03                .00          .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     354.00                .00          .00
ECAST SETTLEMENT CORP      UNSECURED        1011.00                .00          .00
RMI/MCSI                   FILED LATE        250.00                .00          .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     3,000.00                            9.58
TOM VAUGHN                 TRUSTEE                                            384.56
DEBTOR REFUND              REFUND                                             616.04
```

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                              6,646.80

PRIORITY                                                           .00
SECURED                                                       5,636.62
UNSECURED                                                          .00
ADMINISTRATIVE                                                    9.58
TRUSTEE COMPENSATION                                            384.56
DEBTOR REFUND                                                   616.04
                                   ---------------       ---------------
TOTALS                               6,646.80                 6,646.80

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
   Dated: 04/04/08               _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE


                         PAGE   2
         CASE NO. 07 B 03994 EDWARD C WALKER & MARY P WALKER